AO 106 (Rev. 5/85) Affidavit for Search Warrant

**FILED**

# United States District Court 2005

Middle **DISTRICT OF** Alabama

**CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)
1547 E. Old Hayneville Road
Montgomery, AL 36105
(described in Attachment A)

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER: 2:05mj86-M

I, _____ J. L. Arney _____ being duly sworn depose and say:

I am a(n) _____ Postal Inspector _____ and have reason to believe
Official Title

that ☐ on the person of or ☒ on the premises known as (name, description and/or location)
1547 E. Old Hayneville Road, Montgomery, AL 36105, (described in Attachment A)

in the _____ Middle _____ District of _____ Alabama _____
there is now concealed a certain person or property, namely (describe the person or property)

Attachment B

which is (give alleged grounds for search and seizure under Rule 41(b) of the Federal Rules of Criminal Procedure)

property that constitutes evidence of the commission of a criminal offense

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 2422 and 1470 _____
The facts to support the issuance of a Search Warrant are as follows:

See attached Affidavit.

Continued on the attached sheet and made a part hereof.          ☒ Yes   ☐ No

Signature of Affiant

Sworn to before me, and subscribed in my presence

July 14, 2005                                            at    Montgomery, AL
Date                                                          City and State

Vanzetta Penn McPherson, US Magistrate Judge
Name and Title of Judicial Officer                          Signature of Judicial Officer

ATTACHMENT A

Description of Premises to be Searched

The residence to be searched is located at 1547 E. Old Hayneville Road, Montgomery, AL 36105. The residence is a double wide mobile home residence with tan aluminum siding, white trim around the doors and windows and dark colored shutters. The residence has a concrete brick foundation. The residence is located on County Road 24 (E. Old Hayneville Road) approximately one mile west of the intersection of County Road 24 (E. Old Hayneville Road) and Hobbie Road. The residence is positioned approximately 100 yards from the roadway but is not visible from the roadway. The numbers "1547" are affixed to a wooden post with a black mailbox directly across the road from the driveway leading to the property.

ATTACHMENT B

DESCRIPTION OF ITEMS TO BE SEIZED

Affiant seeks to search for, and seize, evidence and instrumentalities of the use of the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuades, induces, entices, or coerces any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, and evidence and instrumentalities of the use of any facility or means of interstate commerce, to attempt to knowingly transfer obscene material to an individual who had not attained the age of 16 years, knowing and believing that such individual had not attained the age of 16 years, including:

1.  Computer hardware, computer software, computer-related documentation, computer passwords and data security devices, further described as follows:

    a.  Computer hardware consists of all equipment which can collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, optical, or similar computer impulses or data. Hardware includes (but is not limited to) any data-processing devices (such as central processing units, memory typewriters, and self-contained "laptop" or "notebook" computers); internal and peripheral storage devices (such as fixed disks, external hard disks, floppy disk devices and diskettes, tape drives and tapes, optical storage devices and diskettes, tape drivers and tapes, optical storage devices; transistor-like binary devices, and other memory storage devices); peripheral input-output devices (such as keyboards, printers, scanners, plotters, video display monitors, and optical readers); and related communication devices (such as modems, cables, and acoustic couplers, automatic dialers, programmable telephone dialing or signaling devices, and electronic tone-generating devices): as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (such as physical keys and locks).

    b.  Computer software is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Software is stored in electronic, magnetic, optical, or other digital form. It commonly includes programs to run operating systems, applications (such as word processing, graphic, or spreadsheet programs), utilities, compilers, interpreters, and communication programs.

    c.  Computer related documentation consist of written, recorded, printed or electronically stored material which explains or illustrates the configuration or use of any seized hardware, software, or other related items.

    d.  Computer data and other data security devices are designed to restrict access or to hide computer software, documentation or data. Data security devices may consist of hardware, software, or other programming code. Data security hardware may include encryption devices, chips, and circuit boards. Data security software or digital code may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "booby-trap" protected data to make it inaccessible or unusable, as well reverse the process to restore it.

5.  Any and all computer correspondence pertaining to 1) the possession, receipt or distribution of visual depictions of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section2256; or 2) the persuading, inducing or enticing of a child under the age of 16 to engage in sexual activity, through the use of any facility or means of interstate commerce (or attempting to do so).

6.  Any child pornography, in whatever form, as defined in Title 18, United States Code, Section 2256.

7.  Any and all written, printed, or computer correspondences pertaining to the travel in interstate commerce for the purpose of engaging in sexual activities with children under 18.

8.  Any and all computer correspondence offering to transmit through interstate commerce including by United States mail or by computer, any visual depiction of minors engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256.

9.  Any and all computer correspondence identifying persons 1) transmitting, through interstate commerce, including by United States mail or by computer, any visual depiction of minors engaged in sexually explicit conduct as defined in Title 18, United States Code, Section 2256; or 2) persuading, inducing or enticing of a child under the age of 16 to engage in sexual activity, through the use of any facility or means of interstate commerce (or attempting to do so).

10. Any and all electronic communications and e-mail.

11. Address books and phone books that might contain information on other subjects and/or victims.

12. Any and all audio/visual equipment with the capability of creating or editing tapes, films, movies, or other visual depictions of minors engaging in sexually explicit conduct.

13. Receipts and/or other records, indicating the processing or developing of film.

14. Information leading to the identity and age of the children depicted in the images described above.

15. Photographs, magazines, movies, videotapes, negative slides and undeveloped file depicting nudity of both adults and children.

16. Non-sexual photographs, pictures, or videotapes of children, commonly referred to as child erotica.

17. Writings, including, but not limited to, diaries, ledgers, letters, or other correspondence, both written and electronic, which includes sexual content.

18. Any and all letters, envelopes, and other correspondence identifying persons transmitting, through the United States Mail, or by computer, any visual depiction of children engaging in sexual conduct.

19. Indicia of occupancy, consisting of items tending to establish the identity of the person, or persons, having control of the premises at 1547 E. Old Hayneville Road, Montgomery, AL 36105.

AFFIDAVIT

I, Jeffrey L. Amey do solemnly depose and state the following:

1)  I am an Inspector with the United States Postal Inspection Service and have been so employed since August, 2004.  Prior to my appointment as a Postal Inspector, I was employed as a detective with the Greensboro (NC) Police Department for over thirteen years.  During a part of my tenure with the Greensboro (NC) Police Department, I was assigned to the Child Victim Unit and was responsible for the investigation of physical child abuse, child neglect and the sexual exploitation of children.

2)  As a United States Postal Inspector, I am currently responsible for the investigation of Federal offenses involving the alleged use of the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so in violation of Title 18 United States Code Section 2422, et. Seq.  I have received training in how to conduct investigations of offenses relating to the use, or attempted use, of the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce any individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense.  I have also received specialized instruction on how to conduct investigations of offenses relating to child sexual exploitation and child pornography

1

that involve use of the United States Mails. The specialized training I have received also includes various courses on the recovery of digital evidence located on computers and other similar electronic data storage devices, the exploitation of children involving the use of the Internet, and the behavioral analysis on the child sex offender.

3) This affidavit is being made in support of an application for a search warrant to search the entire premises of 1547 E. Old Hayneville Road, Montgomery, AL 36105 listed in Attachment A.

4) The factual information contained in this application and affidavit is based upon my investigation and upon information provided to me orally and in written form by Lt. W. J. Hough, II of the Tallapoosa County (AL) Sheriff's Department and other law enforcement officers. Because this affidavit is being submitted for the purpose of securing a search warrant, it does not contain all the information from the investigation, but only those facts deemed necessary to establish probable cause for the requested search warrant.

5) I have probable cause to believe that evidence of a violation of Title 18, United States Code, Section 2422 involving the use of the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, is located in and within 1547 E. Old Hayneville Road, Montgomery, AL 36105. I also have probable cause to believe

2

that evidence of a violation of Title 18, United States Code, Section 1470 involving the use of a facility and means of interstate commerce, that is, a computer accessing an internet service provider, to attempt to knowingly transfer obscene material to an individual who had not attained the age of 16 years, knowing and believing that such individual had not attained the age of 16 years.

6) Based upon the following information, there is probable cause to believe that the above-identified premises currently contains evidence, fruits, and instrumentalities of the use of the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution or any sexual activity for which any person can be charged with a criminal offense, or attempts to do so, as described below and in Attachment B. In addition, there is probable case to believe that the above-identified premises currently contains evidence, fruits, and instrumentalities of the use of a facility and means of interstate commerce, that is, a computer accessing an internet service provider, to attempt to knowingly transfer obscene material to an individual who had not attained the age of 16 years, knowing and believing that such individual had not attained the age of 16 years.

7) Title 18, United States Code, Section 2422 makes it a federal criminal offense for any person to knowingly use the United States Mails or any facility or means of interstate or foreign commerce, or within the special maritime and territorial jurisdiction of the United States to knowingly persuade, induce, entice, or coerce an individual who has not attained the age of 18 years, to engage in prostitution

3

or any sexual activity for which any person can be charged with a criminal

offense, or attempts to do so.

8) Title 18, United States Code, Section 1470 makes it a federal criminal offense for

any person to use a facility and means of interstate commerce to attempt to

knowingly transfer obscene material to an individual who had not attained the age

of 16 years, knowing and believing that such other individual had not attained the

age of 16 years.

9) The following words and definitions are pertinent to the investigation:

Minor + Title 18 United States Code Section 2256(1), defines "minor" as any

person under the age of eighteen years.

Sexually Explicit Conduct + actual or simulated sexual intercourse, including

genital-genital, oral-genital, and anal-genital, or oral-anal, whether between

persons of the same or opposite sex, to include such acts as bestiality,

masturbation, sadistic or masochistic abuse and/or lascivious exhibition of the

genital or pubic area of any person.

Computer + is defined as pursuant to Title 18, United States Code Section

1030(e)(1), as an electronic, magnetic, optical, electrochemical, or other high

speed data processing device performing logical or storage functions, and

includes any data storage facility or communications facility directly related to or

operating in conjunction with such device.

Computer hardware + consist of all equipment which can receive, capture,

collect, analyze, create, display, convert, store, conceal, or transmit electronic,

magnetic, or similar computer impulses or data.  Computer hardware includes

any data-processing devices (including, but not limited to, central processing

units, internal and peripheral storage devices; peripheral input/output devices, as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware).

Computer software + consists of digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

10) Information, data, and images found on a computer must be placed there by some means including but not limited to, human input, downloading from the Internet, downloading from another source such as a compact discs, DVD or video.

11) Probable cause for purposes of a search warrant means a fair probability that contraband or evidence of a crime will be found in a particular place, given the circumstances set forth in the affidavit.

12) Because of the technical expertise required to conduct a forensic analysis of computer hardware and software, and the time consuming nature of a forensic computer examination, the examination of the computer hardware and software will need to be completed in a controlled environment at an offsite location.

<u>LOCAL INVESTIGATION</u>

13) Based on information received from a concerned parent residing in Tallapoosa County, Alabama, Lt. W. J. Hough, of the Tallapoosa County Sheriff's Department, established an undercover nickname for use in an Internet Relay

5

Chat (IRC) program. The IRC program enables individuals to communicate in "real time" with one another through the use of various Internet servers located throughout the world. Lt. Hough used the screen name of "SouthNDau" and established the persona with this screen name to be Cindy Montgomery, a 14 or 15 year- old female, residing in Alabama. According to Lt. Hough, he would enter into a channel, entitled "family sex". A "channel" is an area within the IRC communications where multiple individuals can communicate with one another, allowing others in the same channel to view and participate in the conversations. Lt. Hough stated he would be immediately contacted by multiple individuals wanting to communicate, without having to make the initial contact himself. Lt. Hough also established an email account with Yahoo, Inc., using the email address of Alabamagirl90@yahoo.com.

14) All online undercover communications by Lt. Hough were from Dadeville, Alabama, within the Middle District of Alabama.

15) In September 2004, using the IRC program with an undercover nickname of "SouthNDau", Lt. Hough was contacted by an individual identified as "PatM50" who stated he lived in Montgomery, Alabama. During the month of September, 2004, communication continued between "SouthNDau" and "PatM50"; however, a record of these communications was not maintained. During the communications with Lt. Hough, it was learned this individual also utilized the nickname of "PatM50_Wkn" when using the IRC program at his place of employment. Each screen name would be used regularly by the same individual engaging in communication with "SouthNDau." According to Lt. Hough, the individual identified as "PatM50" was

6

made aware and appeared to believe the persona of "SouthNDau" was that of a 15 year- old female.

16) On September 24, 2004, Lt. Hough received an email to his undercover address of alabamagirl90@yahoo.com from "Pat Smith" with an email address of Teacher_m48@yahoo.com. Based on earlier communication between "SouthNDau" and "PatM50", the email address of teacher_m48@yahoo.com was used by the same individual as "PatM50". The contents of this email received on September 24, 2004 was the following:

> Hello Cindy,
> I just wanted to say hi and send you tis picture. I do hope we can chat more and maybe someday meet.
> Pat

The image file attached to this email consisted of a male penis and was entitled "Cock.jpg". Two additional emails were sent to alabamagirl90@yahoo.com from teacher_m48@yahoo.com, which contained a total of seven adult pornographic images.

17) On November 8, 2004, based upon an earlier IRC conversation which was not recorded, the following communication occurred between Lt. Hough, using the undercover screen name of "SouthNDau" and "PatM50-Wkn" using the IRC program:

> <SouthNDau> when we first talked you send me pictures and said u wantted to have sex then now u changed i just dont know im sorry
> <PatM50-Wkn> darling  if yoou called me up and said I am ready come have sex with me  I would break all speed records getting to you
> <PatM50-Wkn> I still think we will have sex someday

18) On November 24, 2004, Lt. Hough received an email to from teacher_m48@yahoo.com to his undercover email address of alabamagirl90@yahoo.com, which consisted of the following message:

7

Hello Cindy,
Happy Thanksgiving!
Pat

PS Here pictures of part of me

Three image files were attached to the email and were entitled "cock.jpg",

"fun_1.jpg" and "fun_2.jpg". The file entitled "cock.jpg" consisted of an image of a

male penis. The remaining files were images of a female performing oral sex on

a male penis.

19) On November 30, 2004, the following communication occurred between

"SouthNDau" and "PatM50-Wkn" using the IRC program regarding the

aforementioned image files sent by email on November 24, 2004:

    <SouthNDau> yea and u sent me som pics
    <PatM50-Wkn> what did I send you?
    <SouthNDau> u said they were pics of u
    <PatM50-Wkn> and what were the titles or file names?
    <SouthNDau> hold on ill go look
    <SouthNDau> :)
    <SouthNDau> c*&k, fun1 and fun2
    <PatM50-Wkn> those are me:)
    <SouthNDau> really
    <PatM50-Wkn> actually yes they are really me
    <SouthNDau> ok
    <SouthNDau> who is the girl
    <PatM50-Wkn> woman I work with
    <PatM50-Wkn> she is 39
    <PatM50-Wkn> her hubby is disabled
    <PatM50-Wkn> she uses me for sex:)

20) On December 6, 2004, the following communication occurred between

"SouthNDau" and "PatM50-Wkn" using the IRC program:

    <PatM50-Wkn> I was wondering when I could meet you and buy you your
    christmas present
    <SouthNDau> what u gonna bye me
    <PatM50-Wkn> what would you like?
    <SouthNDau> i dont know
    <SouthNDau> a car :)
    <PatM50-Wkn> ouch
    <PatM50-Wkn> I was thinking the panties I offered:)

```
<SouthNDau> kewl
<SouthNDau> what kind
<PatM50-Wkn> I thought we were going to Victoria Secrets
<PatM50-Wkn> :)
<SouthNDau> ok
<PatM50-Wkn> they have one in Eastdale mall:)
<SouthNDau> i know :)
<PatM50-Wkn> so, you have a girl friend that can bring you shopping
<SouthNDau> maybe
<PatM50-Wkn> safety in numbers you know:)
<SouthNDau> :)
<SouthNDau> or u want someone else
<PatM50-Wkn> I knew there was no way in hell you would meet me alone cindy
<PatM50-Wkn> :)
<PatM50-Wkn> I want to meet you
<SouthNDau> ok
```

The conversation continued and resulted in the following communication between

"SouthNDau" and "PatM50-Wkn" using the IRC program:

```
<PatM50-Wkn> from there we can go shoopping and get your panties
<SouthNDau> ok :)
<SouthNDau> then waht
<PatM50-Wkn> I collect a christmas kiss and we plan our next meeting:)
<SouthNDau> kiss
<PatM50-Wkn> or do whatever you would like to do Cindy
<PatM50-Wkn> I love to kiss:)
```

During this same conversation, the possibility of meeting in person was discussed

between "SouthNDau" and "PatM50-Wkn", resulting in the following

communication:

```
<PatM50-Wkn> heehee   how would we recognize each other
<SouthNDau> i dont know
<PatM50-Wkn> I will stnad there with a sign--"Cindy--SouthNDau"
<SouthNDau> ok
<SouthNDau> thats should be easy
<PatM50-Wkn> ok
<SouthNDau> :)
<SouthNDau> so ill lokk for a cute guy with a big sign
<PatM50-Wkn> that will be me!!!!!!!!!!!!!!!!!
<SouthNDau> ok good :)
<PatM50-Wkn> it won't be that big
<PatM50-Wkn> what time??
<PatM50-Wkn> you said we had a time
<PatM50-Wkn> we have a date
<PatM50-Wkn> no time
```

9

```
<SouthNDau> i know
<SouthNDau> :)
<PatM50-Wkn> lunch is from 11 to 1
<PatM50-Wkn> you were going to let me stand out there all day weren't you:)
<SouthNDau> ok ill ty to be there about 10:30
<PatM50-Wkn> wow!!!
<PatM50-Wkn> so will I then
<SouthNDau> k
<PatM50-Wkn> :)  they don't open until 11
<PatM50-Wkn> we can sit and talk
<SouthNDau> ill be at the mall
<PatM50-Wkn> want me to meet you in the mall?
<SouthNDau> well i guess thats where shell drop me off at
<PatM50-Wkn> food court at 1030
<SouthNDau> k we can ea there
<PatM50-Wkn> I can sit at a table with the sign
<SouthNDau> ok that will be kewl
<PatM50-Wkn> ok  it is a date!!  Wednesday 22  December 1030 at the food
court  Eastdale mall!!!
<SouthNDau> ok
```

There were no efforts made to determine if the individual identified as "PatM50-

Wkn" was present at the aforementioned meeting.

21) On December 27, 2004, the following communication occurred between "SouthNDau"

and "PatM50" using the IRC program:

```
<Pat-M50> are your panties kind of tight
<SouthNDau> yea
<Pat-M50> hmmmmmmmmmmmm  nice
<SouthNDau> y :)
<Pat-M50> take them off and put your shorts back on
<SouthNDau> k ? hold on
<Pat-M50> ok
<SouthNDau> back
<Pat-M50> good
<Pat-M50> now put those nice panties in an envelope an send them to me as a
late christmas presnt:)
<SouthNDau> are u serious
<Pat-M50> actually I was:)
<Pat-M50> heehee
<SouthNDau> where
<Pat-M50> to my work address
<SouthNDau> where is it
<Pat-M50> you really want it
<Pat-M50> the address
<SouthNDau> yea
```

&lt;SouthNDau&gt; if u want to give it to me
&lt;Pat-M50&gt; Pat Burbank
&lt;Pat-M50&gt; c/o Whitfield Foods
&lt;Pat-M50&gt; 1101 North Court Street
&lt;Pat-M50&gt; Montgomery Al 36104
&lt;SouthNDau&gt; what if someone else gets them
&lt;Pat-M50&gt; send them attention Pat Burbank
&lt;SouthNDau&gt; k
&lt;Pat-M50&gt; and know one else opens my mail
&lt;SouthNDau&gt; what do u want them for
&lt;Pat-M50&gt; I will wrap them around my hard cock and masturbate with them
&lt;SouthNDau&gt; for real
&lt;Pat-M50&gt; actually yes for real
&lt;Pat-M50&gt; I will think about you wearing them
&lt;SouthNDau&gt; wow
&lt;Pat-M50&gt; or you can keep them until Thursday and give them to me in person:)

22) On January 3, 2005, the following communication occurred between

"SouthNDau" and "PatM50-Wkn" using the IRC program and Lt. Detecive Hough

provides information regarding his undercover persona's age:

&lt;SouthNDau&gt; 14 5'5 90 brown hair brown eyes
&lt;SouthNDau&gt; seeing if ur paying attention
&lt;SouthNDau&gt; guess not
&lt;PatM50-Wkn&gt; I copied all!!!!
&lt;PatM50-Wkn&gt; you only weigh 90 pounds
&lt;SouthNDau&gt; ok :)
* PatM50-Wkn weighs 185
&lt;SouthNDau&gt; :)
&lt;PatM50-Wkn&gt; and I thought you were 15
&lt;SouthNDau&gt; :)
&lt;SouthNDau&gt; wanted to see if u were paying attention
&lt;PatM50-Wkn&gt; I am
&lt;SouthNDau&gt; k

23) On or about January 17, 2005, "PatM50-Wkn" provided "SouthNDau" with various

pornographic images and Internet websites containing pornographic images to

view.  Following the given instructions and to continue the current communication,

Lt. Hough previewed the images sent to the undercover email address.  The

resulting IRC communication occurred between "SouthNDau," and "PatM50-

Wkn":

&lt;Pat-M50&gt; tell me how old this girl is
&lt;SouthNDau&gt; k
&lt;SouthNDau&gt; 18
&lt;Pat-M50&gt; you need to turn your ignor eoff:)
&lt;SouthNDau&gt; what
&lt;Pat-M50&gt; it is just a girl
&lt;Pat-M50&gt; you tell me how old she is
&lt;SouthNDau&gt; 18
&lt;Pat-M50&gt; the listing said 19
&lt;Pat-M50&gt; so you are good
&lt;SouthNDau&gt; :)
&lt;SouthNDau&gt; see
&lt;SouthNDau&gt; where do u get these
&lt;Pat-M50&gt; a nice age
&lt;Pat-M50&gt; kind of like 15
&lt;Pat-M50&gt; a nice age:)

24) On March 15, 2005, the following communication occurred between "SouthNDau" and

"PatM50" using the IRC program:

&lt;Pat-M50&gt; ask me what I am wearing?
&lt;Pat-M50&gt; :)
&lt;SouthNDau&gt; what are u wearing pat
&lt;Pat-M50&gt; nothing:)
&lt;SouthNDau&gt; oh really
&lt;Pat-M50&gt; I stripped naked for you
&lt;SouthNDau&gt; what are u doing
&lt;Pat-M50&gt; sitting here buck naked chatting with Cindy:)
&lt;Pat-M50&gt; rubbing my cock
&lt;SouthNDau&gt; really
&lt;Pat-M50&gt; actually  yes:)
&lt;SouthNDau&gt; wow
&lt;SouthNDau&gt; what are u thinkg
&lt;Pat-M50&gt; about you and your black panties and no bra
&lt;SouthNDau&gt; :)
&lt;Pat-M50&gt; nice thoughts
&lt;SouthNDau&gt; like
&lt;Pat-M50&gt; well, I have you sitting in my lap and we are kissing
&lt;SouthNDau&gt; ok
&lt;Pat-M50&gt; and you are only wearing your panties
&lt;SouthNDau&gt; ok
&lt;Pat-M50&gt; I got your t-shirt off
&lt;SouthNDau&gt; k
&lt;Pat-M50&gt; uou kiss nice
&lt;SouthNDau&gt; so o u
* Pat-M50 loves to kiss
* Pat-M50 is also kissing your nipples they are hard and getting harder
&lt;SouthNDau&gt; ohhhh
* Pat-M50 is really enjoying himself
&lt;SouthNDau&gt; kewl

<SouthNDau> not yet
<SouthNDau> what are u doing
<Pat-M50> cool
<Pat-M50> mastubating
<Pat-M50> visualizing everything I am typing
<Pat-M50> dreaming of the day it happens
<SouthNDau> k

25) On May 31, 2005, the following communication occurred between "SouthNDau" and

"PatM50" using the IRC program:

<SouthNDau> maybe u should go with her she is more ur age and not a little 15 year old like me
<Pat-M50> but she wants a 15 year old like you
<SouthNDau> no
<Pat-M50> so Iwill sit and watch the two of you:)
<SouthNDau> no
<SouthNDau> u2 have fun
<Pat-M50> I am having fun---with Cindy
<SouthNDau> u can have more fun with older girls probably
<Pat-M50> not really Cindy
<SouthNDau> y
<Pat-M50> I am enjoying talking with you
<SouthNDau> i mean im just 15 ur older and cute u neve saw me
<Pat-M50> I sometimes say hello to others in channel--not one has answered me back!
<SouthNDau> u dont even know me
<Pat-M50> I know enough to want to get to know you better
<SouthNDau> like what
<SouthNDau> what if i told u i was really 14 and all the rest was true
<Pat-M50> well for example today Ilearned that Math is your favorite subject
<SouthNDau> it is
<Pat-M50> are you really 14
<SouthNDau> wht if i say yes
<Pat-M50> what would you think if I was told I could have any age young girl to hae sex with--14 would be the perfect age to me:)
<SouthNDau> ur just saying that
* Pat-M50 has fantasies from 12 up
<Pat-M50> but to me the perfect age is 14
<SouthNDau> really
<Pat-M50> and I am not just saying that
<SouthNDau> what do u want to do
<Pat-M50> given the opportunity I would love to have sex with you even if you are 15 or 16 or 18
<SouthNDau> what about 14
<Pat-M50> but the fact you are 14 does not scare me away
<Pat-M50> like I have said I think 14 is the perfect age
<SouthNDau> promise
<Pat-M50> promise
<SouthNDau> ur lol

&lt;Pat-M50&gt; as for your question--what do I want to do--I want to have sex with you
&lt;SouthNDau&gt; will it hurt
&lt;Pat-M50&gt; the first time--yes
&lt;SouthNDau&gt; k
&lt;Pat-M50&gt; but if you are properly "warmed up" not too badly
&lt;SouthNDau&gt; i dont know waht to do
&lt;Pat-M50&gt; if I just "fucked" you it would hurt a lot more
&lt;SouthNDau&gt; what do u meant
&lt;Pat-M50&gt; if there was no foreplay whatsoever--fore example if you were raped--it would hurt a lot more
&lt;SouthNDau&gt; oh
&lt;Pat-M50&gt; foreplay gets you ready for sex
&lt;SouthNDau&gt; ok
&lt;Pat-M50&gt; if your body is ready it does not hurt nearly as bad the first time
&lt;SouthNDau&gt; but ur u know looks so big
&lt;Pat-M50&gt; it is a penis
&lt;Pat-M50&gt; or a cock
&lt;SouthNDau&gt; ok
&lt;Pat-M50&gt; or a lot of other names
&lt;SouthNDau&gt; i know its just embarassing
&lt;Pat-M50&gt; why
&lt;Pat-M50&gt; I am sitting here typing about fucking
&lt;SouthNDau&gt; i mean u know saying it to u
&lt;SouthNDau&gt; i know
&lt;SouthNDau&gt; ok im trying
&lt;Pat-M50&gt; there you go
&lt;SouthNDau&gt; ok
&lt;Pat-M50&gt; so you will be 15 in November
&lt;SouthNDau&gt; yes november 19
&lt;Pat-M50&gt; ok

During the same conversation, six (6) sexually explicit photographs of a penis becoming erect and reaching what appeared to be ejaculation, were sent to "SouthNDau" from "Pat-M50" using a Direct Client to Client (DCC) feature of the IRC program. The DCC is an IRC-related sub-protocol enabling users to interconnect using an IRC server for connecting in order to exchange files or perform non-relayed chats. This allows communication directly between users. An additional photograph was received depicting a while male holding a sign that read "Hello Cindy". As the aforementioned images were being received, the following communication occurred between "SouthNDau" and "PatM50" using the IRC program:

&lt;Pat-M50&gt; I amstroking

15

&lt;Pat-M50&gt; wishing I was really between your legs
&lt;SouthNDau&gt; :) wish i cluld see ur face too when u do this
&lt;Pat-M50&gt; and as you can see in this pic getting quite hard:)
&lt;SouthNDau&gt; i know wow
&lt;Pat-M50&gt; :)
&lt;Pat-M50&gt; also been a while since I masturbated
&lt;SouthNDau&gt; what do u mean
&lt;Pat-M50&gt; I used to play with myself daily
&lt;Pat-M50&gt; it has been almost a week
&lt;SouthNDau&gt; oh my did u do that
&lt;SouthNDau&gt; what happened
&lt;Pat-M50&gt; he came
&lt;SouthNDau&gt; i mean
&lt;SouthNDau&gt; i dont know
&lt;Pat-M50&gt; a guy strokes to climax
&lt;Pat-M50&gt; that is what happens when a guy climaxes
&lt;SouthNDau&gt; :)
&lt;SouthNDau&gt; u just rub it
&lt;Pat-M50&gt; yeppers
&lt;SouthNDau&gt; does it feeel good
&lt;Pat-M50&gt; oh yes!
&lt;SouthNDau&gt; k
&lt;Pat-M50&gt; it really does feel good!
&lt;SouthNDau&gt; ok
&lt;SouthNDau&gt; and thats really u
&lt;SouthNDau&gt; wow
&lt;Pat-M50&gt; when it has been awhile I cum emore
&lt;Pat-M50&gt; and quick
&lt;SouthNDau&gt; really y
&lt;Pat-M50&gt; then the second time is slower and not as much cum
&lt;Pat-M50&gt; and yes that is really me
&lt;Pat-M50&gt; now be sure you delete all!!
&lt;SouthNDau&gt; ok

26) On June 3, 2005, an undercover mailing address of 314 Seminole Trail, Dadeville, AL

36853 for "SouthNDau" (aka Cindy Montgomery) was provided to "Pat-M50" during an

IRC communication. Also during this communication, the following exchange

occurred between "SouthNDau" and "Pat-M50":

&lt;SouthNDau&gt; can i aske u a quston
&lt;Pat-M50&gt; sure
&lt;SouthNDau&gt; be honest
&lt;Pat-M50&gt; sure
&lt;Pat-M50&gt; promise
&lt;SouthNDau&gt; u know how old i am right
&lt;Pat-M50&gt; yes
&lt;Pat-M50&gt; 14
&lt;Pat-M50&gt; be 15 in November

&lt;Pat-M50&gt; 19th I think
&lt;SouthNDau&gt; ok

27) On June 16, 2005, an envelope, that had been mailed through the US Mails, was received at the Dadeville Post Office in Dadeville, Alabama addressed to Cindy Montgomery, 314 Seminole Trail, Dadeville, AL 36853, the undercover mailing address provided to by Lt. Hough to "Pat-M50" on June 3, 2005. The envelope contained a greeting card with the following handwritten message:

"Have a great day"
"Pat"

28) During various DCC Chat Session communications between "SouthNDau" and "PatM50" which occurred from June 17, 2005 until June 21, 2005, "PatM50" provided specific information to suggest he would meet "SouthNDau" at a water amusement park in Auburn, AL on June 22, 2005. As a part of these communications, "PatM50" stated he would be traveling to the water amusement park with the "only reason" being to meet "SouthNDau" and he stated he was aware "SouthNDau" was 14 years old.

29) On June 17, 2005, Lt. Hough, while using his undercover nickname of "SouthNDau" was able to capture an Internet Protocol (IP) address of 209.214.52.36 for "PatM50". With this IP Address, I identified the Internet Service Provider (ISP) for "PatM50" as BellSouth Telecommunications, Inc. BellSouth Telecommunications, Inc. provides service to "PatM50" for the purposes of connection to the Internet, enabling such features as IRC communications and the sending and receiving of emails.

30) On June 21, 2005, I obtained a United States Grand Jury Subpoena for any and all subscriber information in the possession of BellSouth Telecommunications,

Inc. for the user of the IP Address of 209.214.52.36 at the time and date the IP address was obtained by Lt. Hough.

31) On June 21, 2005, I received information identifying the user of IP address 209.214.52.36 on June 17, 2005 at 08:11 AM Central Daylight Time (CDT) as Patrick Burbank, 1547 E Old Hayneville Road, Montgomery, AL 36105, home telephone number of 334-288-9175, with a login and primary email ID for Patrick Burbank as "pburbank1954." According to the information received from the subpoena request, the subscriber, Patrick Burbank started Internet service with BellSouth Telecommunications, Inc. on May 7, 2004. Payment for the aforementioned service is being made through the bill for telephone service to BellSouth account number 3342889175161. BellSouth Telecommunications, Inc. informed me the Internet service provided by their company was for the residence at 1547 E Old Hayneville Road, Montgomery, AL 36105.

32) During a DCC Chat Session on June 28, 2005, an image files, entitled "Pat n Cindy.jpg" was sent from "PatM50" to "SouthNDau". The image was of a male penis with a white sign resting on the thigh of the subject of the photograph. The name "Cindy" was handwritten with purple ink or marker on sign.

33) On June 29, 2005, the following communication occurred between "SouthNDau" and "PatM50" during a DCC Chat Session:

> <SouthNDau> if we meet what do u want to do i mean im taking a chance of getting caught by mom and dad
> <SouthNDau> be honest k
> <PatM50> honest answer is tha ti want to have sex with you
> <SouthNDau> ok

18

During the same conversation, the following communication occurred between

"SouthNDau" and "PatM50":

    &lt;PatM50&gt; slip your panties off so you will be naked like me
    &lt;SouthNDau&gt; ru really
    &lt;PatM50&gt; yes I am
    &lt;PatM50&gt; want me to send you another pic to prove it
    &lt;SouthNDau&gt; oh
    &lt;PatM50&gt; give me a word to write onto a piece of paper
    &lt;SouthNDau&gt; cindy and pat :) 3:30

As a result, an image file was sent from "PatM50" to "SouthNDau" using the DCC

connection.  The image was of a male penis with a white sign resting on the thigh

of the subject of the photograph.  The sign contained the following words "Cindy

N Pat 3:30", handwritten with purple ink or marker with a "smiley face" drawn

along the side of the paper.


34) On July 6, 2005, the following communication occurred between "SouthNDau" and

"PatM50" during a DCC Chat Session:

    &lt;PatM50&gt; in a perfect world
    &lt;PatM50&gt; we would meet at the lake
    &lt;SouthNDau&gt; k
    &lt;PatM50&gt; go find a seculded spot
    &lt;PatM50&gt; start kissing and touching and fondling
    &lt;PatM50&gt; and if you say stop we stop
    &lt;SouthNDau&gt; k
    &lt;PatM50&gt; if you say don't stop we don't
    &lt;SouthNDau&gt; k
    &lt;SouthNDau&gt; k
    &lt;PatM50&gt; and you lose your virginity
    &lt;SouthNDau&gt; :)
    &lt;PatM50&gt; and I get to fuck a 14 year old

The "lake" referred to in this communication is part of the Wind Creek State Park,

located in Alexander City, Alabama where "SouthNDau" purported, during prior

conversations, to visit occasionally for recreation.

35) On July 6, 2005, the following communication occurred between "SouthNDau" and

"PatM50" during a DCC Chat Session regarding a meeting planned for July 14, 2005

at the Wind Creek State Park, located in Alexander City, Alabama:

```
<SouthNDau> im going to th lake this week i hpe
<SouthNDau> be careful
<PatM50> i will be careful
<SouthNDau> ok
<PatM50> how late in the evening are you at the lake
<SouthNDau> i dont know y
<SouthNDau> what day
<PatM50> I get off work usually at 330PM
<PatM50> the lake is only an hour north
<SouthNDau> yea
<PatM50> I could at least drive up and meet you
<SouthNDau> :)
<PatM50> what time does the park close
<SouthNDau> dark about 8:)00
<PatM50> ok
<SouthNDau> when
<PatM50> I could tell wife I was on a late service call and drive up and back
<SouthNDau> if u want i dont want u to get in trouble
<PatM50> it would depend on the weather
<PatM50> if Thursday is nice I will assume you will go to the lake
<SouthNDau> ok how woll i know
<PatM50> if it is raining I will assume no go
<SouthNDau> i dont want u to get in trouble
<SouthNDau> ok ill be there
<PatM50> what does it cost to get into the park
<SouthNDau> ill be there till 6
<SouthNDau> 2 dollars
<SouthNDau> about what time
<PatM50> I'll do my best to be there by 4:45
<SouthNDau> k
<SouthNDau> thursday
<PatM50> this Thursday  yes
<SouthNDau> ok
<PatM50> the 14th
```

36) All subsequent communication from "PatM50" after identifying Patrick Burbank, 1547

E Old Hayneville Road, Montgomery, AL 36105 as the user of IP Address of

209.214.52.36 on June 21, 2005, was from similar IP Addresses belonging to

BellSouth Telecommunications, Inc.   Many Internet Service Providers (ISPs) use

dynamic, or constantly changing IP Addresses; however, each ISP owns a range, or

consecutive series, of IP Addresses.  Each IP Address used by "PatM50" after June

21, 2005 is within the range controlled by BellSouth Telecommunications, Inc, which

establishes the continued service provided by BellSouth Telecommunications, Inc. to

Patrick Burbank, 1547 E Old Hayneville Road, Montgomery, AL 36105.

37) WHEREFORE, based on the information provided in the above affidavit to

establish probable cause, your affiant respectfully requests that a search warrant

be issued authorizing the United States Postal Inspection Service, pursuant to

Title 18, United States Code, Section 3105, with appropriate assistance from

other law enforcement officers, to enter the said described premises and therein

search for and seize the items as set forth above and in Attachment B to this

affidavit and search warrant.


JEFFREY L. ARNEY
U.S. POSTAL INSPECTOR

Sworn to and Subscribed before me this _____14th_____ day of July, 2005.


UNITED STATES MAGISTRATE JUDGE
MIDDLE DISTRICT OF ALABAMA

21