# United States District Court

Middle DISTRICT OF Alabama

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

1547 E. Old Hayneville Road
Montgomery, AL 36105
(described in Attachment A)

**SEARCH WARRANT**

CASE NUMBER: 2:05mj86-M
( )

TO: Inspector J. L. Arney and any Authorized Officer of the United States

Affidavit(s) having been made before me by Inspector J. L. Arney (Affiant) who has reason to believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

1547 E. Old Hayneville Road, Montgomery, AL 36105, (described in Attachment A)

in the Middle District of Alabama there is now concealed a certain person or property, namely (describe the person or property)

See Attachment B.

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before    July 23, 2005
                                                    Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to _____
                                                                                      U. S. Judge or Magistrate
as required by law.

14 July 2005, 3:05 p.m.                    at    Montgomery, AL
Date and Time Issued                             City and State

Vanzetta Penn McPherson, US Magistrate Judge     /s/ Vanzetta Penn McPherson
Name and Title of Judicial Officer               Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

# RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7/14/05 | 7/14/05 7:00 pm | PATRICK CHARLES BURBANK |

**INVENTORY MADE IN THE PRESENCE OF**
PATRICK CHARLES BURBANK

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

SEE PROPERTY RECEIPT (ATTACHED)

[signature] 7/27/05

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

[signature]

Subscribed, sworn to, and returned before me this date.

_Vanzetta Penn McPherson_        27 July 2005
(Judge / Magistrate)

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 2WPIS-0731-153Ø253 CE(1)

On (date) 7-14-05

item(s) listed below were:
- [x] Received From
- [ ] Returned To
- [ ] Released To
- [ ] Seized

(Name) PATRICK BURBANK
(Street Address) 1547 E. OLD HAYNEVILLE RD
(City) MONTGOMERY AL. 36105

Description of Item(s):

CPU - COMPUTER RENAISSANCE - S/N Ø3Ø3Ø3-11ØØ22-01
3 FLOPPY DISKS; 1 100 MB
69 CD's
2 CD's
5 CD's - 2 ZIP DISKS
MISC DOCUMENTS
6 MICRO CASSETTES - TAPES -
HP OFFICE JET T45xi S/N: SGØ1MC3184
16 ZIP DRIVES/DISKS; 2 3.5" FLOPPY DISCS
25 3.5" FLOPPY DISKS
KODAK DX3700 DIGITAL CAMERA WITH DOCKING STATION S/N-KTSAT 1389665
37 CD's
2 CD's - 2 DATA TAPES

Received By: J-M Dormuth (Signature)    Received From: (Signature)